# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SYED NAIYER KHALIL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | CIVIL ACTION NO. H-14-2483 |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| MARK J. HAZUDA, Director, United States | § | |
| Citizenship and Immigration Services, | § | |
| Nebraska Service Center; LEON | § | |
| RODRIGUEZ, Director, United States | § | |
| Citizenship and Immigration Services; | § | |
| JEN JOHNSON, Secretary of the Department | § | |
| of Homeland Security; JOHN F. KERRY, | § | |
| United States Secretary of State; THOMAS | § | |
| L. VAJDA, Consul General, United States | § | |
| Consulate, Kolkata, India; and EDWARD | § | |
| RAMOTOWSKI, Deputy Assistant Secretary | § | |
| of State for Visa Services, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed without prejudice.

SIGNED on July 22, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge